UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MONICA CHANG,

                            Plaintiff,                    22-CV-03380 (KPF)(SN)

        -against-                                   **ORDER**

CONFIRMIT, INC.,

                            Defendant.

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

        On August 2, 2022, the Honorable Katherine Polk Failla assigned this matter to my docket for settlement. By August 9, 2022, the parties are directed to email Courtroom Deputy Rachel Slusher at Rachel_Slusher@nysd.uscourts.gov with three mutually convenient dates to schedule a settlement conference. Due to the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences.

**SO ORDERED.**

                                                         _____
                                                         SARAH NETBURN
                                                         United States Magistrate Judge

DATED:       August 2, 2022
                 New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/2/2022